**In re the Interest of J.M.J., a minor.**

**Debbie COLLINS, Appellant,**

v.

**JUVENILE OFFICER, Respondent.**

**No. WD 47246.**

Missouri Court of Appeals,
Western District.

Dec. 28, 1993.

Michael C. McIntosh, Independence, for appellant.

John R. Shank, Jr., Kansas City, for respondent.

Before BERREY, P.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from judgment transferring custody of minor child.

Affirmed. Rule 84.16(b).